**LAUREN ZACK**, CSB 321497
PUBLIC COUNSEL
610 S. Ardmore Ave.
Los Angeles, CA 90005
(213) 385-2977 / (213) 201-4723 facsimile
Email: lzack@publiccounsel.org

**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 facsimile
E-mail: manncook@earthlink.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA R. UNTALAN,<br><br>Plaintiff,<br><br>vs.<br><br>WARREN A. STANLEY, JOSEPH FARROW, TARIQ D. JOHNSON, JONATHAN COCHRAN, JOSEPH ZAGORSKI, JUSTIN VAUGHAN, PAOLA TRINIDAD and DOES 1-10, all individuals in both their individual and official capacities,<br><br>Defendants. | Case No. 2:19-cv-7599 ODW (JEMx)<br><br>**PROTECTIVE ORDER (ECF DOC. 43) COVERING ADDITIONAL DISCLOSED DATA**<br><br>[DISCOVERY MATTER]<br><br>Date: N/A<br>Time: N/A<br>Ctrm: 640 (Roybal) |

Based upon the Stipulation of Plaintiff and non-parties, California Highway Patrol and California Department of Justice (doc. 60) and good cause appearing therefore, this Court hereby orders that the additional documents and data listed below and disclosed by these non-parties, shall be covered by this Court's Protective Order, doc. 43, filed May 7, 2020:

///

- From the California Department of Justice, SVS data previously provided *plus* one additional data field, namely the "ORI" or Original Agency Identifier; AND
- From the California Highway Patrol, All CHP Vehicle Storage Hearing Reports (form CHP 422B) from May 28, 2014 to the present,

IT IS SO ORDERED.

DATED: July  7 , 2020

_____
**HON. JOHN E. McDERMOTT**
United States Magistrate Judge

00138806.WPD