1
2
**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA R. UNTALAN,<br><br>Plaintiff,<br><br>vs.<br><br>WARREN A. STANLEY, et al.,<br><br>Defendants. | Case 2:19-cv-7599 ODW(JEMx)<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATES** |

Upon the parties' stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that the February 22, 2021 and March 16, 2021 Pretrial Conference and Trial dates are **VACATED**. The pretrial and trial dates and deadlines are **CONTINUED** as follows:

**Jury Trial:** September 7, 2021, at 9:00 a.m.

**Motions in Limine Hearing:** August 30, 3021, at 1:30 p.m.

Deadline to file Oppositions to Motions in Limine: August 23, 2021

Deadline to file Motions in Limine: August 16, 2021

**Final Pretrial Conference:** August 16, 2021, at 1:30 p.m.

Deadline to file Pretrial Documents: August 9, 2021

All other deadlines remain as previously ordered.

DATED: January 28, 2021

_____
**HON. OTIS D. WRIGHT II**
United States District Judge