# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA R. UNTALAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WARREN A. STANLEY, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-7599 ODW (JEMx)<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATES** |

-1-

Upon the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the Court's January 28, 2021 Order is hereby amended and the following dates are set:

Jury Trial: January 11, 2022 at 9:00 a.m.

Motions in Limine hearing: January 3, 2022 at 1:30 p.m.

Deadline to file Oppositions to Motions in Limine: December 27, 2021

Deadline to file Motions in Limine: December 20, 2021

Final Pretrial Conference: December 20, 2021 at 1:30 p.m.

Deadline to file Pretrial Documents: December 13, 2021.

DATED: July 15, 2021

_____
**HON. OTIS D. WRIGHT, II**
United States District Judge