IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGELICA R. UNTALAN,** | Case No. 2:19-cv-07599 ODW (JEMx) |
| Plaintiff, | **JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)** |
| **v.** | |
| **WARREN A. STANLEY, et al.,** | |
| Defendants. | |

For the reasons given in the Court's separately-filed Order Withdrawing Order on Motions for Partial Summary Judgment [113]; Granting in Part Plaintiff's Motion for Partial Summary Judgment [97]; Granting Defendants' Motion For Partial Summary Judgment [94]; Denying Defendants' Motion for Order to Certify Interlocutory Appeal [116]; and Denying Plaintiff's Motion to Certify Appeal as Frivolous [117] (Dkt. No. 127), the Court granted the motion for partial summary judgment in favor of Defendants Warren A. Stanley, Joseph Farrow, Tariq D. Johnson, Joseph Zagorski, Jonathan Cochran, and Justin Vaughan.

//

//

//

1    The Court determines that there is no just reason for delay and therefore

2  directs entry of final judgment, pursuant to Federal Rule of Civil Procedure 54(b),

3  in favor of Defendants Warren A. Stanley, Joseph Farrow, Tariq D. Johnson,

4  Joseph Zagorski, Jonathan Cochran, and Justin Vaughan and against Plaintiff

5  Angelica R. Untalan.

6

7  Dated:  _January 5, 2022

8                                           The Honorable Otis D. Wright, II

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28